UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN E. ROUSSEAU,　　　　　　　　　　　　CIVIL NO. 08-149 (DSD/JSM)

　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

ST. PETER REGIONAL
TREATMENT CENTER,

　　　　Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 12, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.　　Petitioner's application for a writ of habeas corpus, [Docket No. 1] is DENIED; and

2.　　This action is summarily DISMISSED WITHOUT PREJUDICE.

Dated: March 14, 2008

　　　　　　　　　　　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　DAVID S. DOTY
　　　　　　　　　　　　　　　　　　　United States District Judge